UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DOUGLAS J. HENTGES and | ) | No. 19 B 13533 |
| STEPHANIE S. HENTGES, | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

ORDER SETTING HEARING
ON REAFFIRMATION AGREEMENT

Pursuant to sections 524(k)(6) and (m) of the Bankruptcy Code, 11 U.S.C. §§ 524(k)(6), (m), the court will hold a hearing on **October 23, 2019, at 10:30 a.m.** to determine whether the reaffirmation agreement with **CSMC 2018-SP2.**, filed on September 19, 2019, **(docket entry no. 26)**, poses an undue hardship to the debtors. The agreement is presumed to pose an undue hardship, and the debtors have the burden of rebutting the presumption. The hearing will be held in Courtroom 642, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If the debtors fail to appear for the hearing, the agreement will be disapproved. Counsel for the debtors must also be present.

A copy of this order will be sent to the debtors by regular mail.

Dated: October 1, 2019

A. Benjamin Goldgar
United States Bankruptcy Judge